IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC ENGLISH, | ) | |
| | ) | |
| Petitioner, | ) | 8:13CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY RANDALL, Judge of 4th Judicial District; SHERIFF OF DOUGLAS COUNTY; STATE OF NEBRASKA, | ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on its own motion. On November 4, 2013, the Court entered a Memorandum and Order provisionally granting petitioner's motion for leave to proceed in forma pauperis, but requiring petitioner to pay the $5.00 filing fee no later than January 6, 2014 (Filing No. 5). Petitioner has not paid the $5.00 filing fee. (*See* Docket Sheet.) Petitioner shall have until February 24, 2014, to show good cause for his failure to comply with the Court's November 4, 2013, Memorandum and Order.

IT IS ORDERED:

1.   Petitioner shall have until February 24, 2014, to show good cause for his failure to comply with the Court's November 4, 2013, Memorandum and Order. If good cause is not

shown, the Court will dismiss this matter without prejudice and without further notice.

    2.   The clerk of the court is directed to set a pro se case management deadline in this case with the following text: February 25, 2014:  check for response.

    DATED this 22nd day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.