IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC ENGLISH, | ) | |
| | ) | |
| Petitioner, | ) | 8:13CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY RANDALL, Judge of 4th | ) | MEMORANDUM OPINION |
| Judicial District; SHERIFF | ) | |
| OF DOUGLAS COUNTY; STATE OF | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Respondents. | ) | |

  This matter is before the Court on its own motion. On November 4, 2013, the Court entered a Memorandum and Order provisionally granting petitioner's Motion for Leave to Proceed in forma pauperis, but requiring petitioner to pay the $5.00 filing fee no later than January 6, 2014 (Filing No. 5). Petitioner did not pay the $5.00 filing fee by the deadline. (*See* Docket Sheet.)

  On January 22, 2014, the Court gave petitioner until February 24, 2014, to show good cause or excusable neglect for his failure to comply with the Court's November 4, 2013, Memorandum and Order (Filing No. 6). Petitioner failed to respond. (See Docket Sheet.) Accordingly, this matter will be dismissed without prejudice for failure to pay the filing fee and

for failure to comply with court orders. A separate order will be entered in accordance with this Memorandum Opinion.

DATED this 6th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court